IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


UNITED STATES OF AMERICA   :
                           :

       vs.                :         Cr. No. 11-083-01-ML-DLM
                           :

ERIK JOHANSSON        :


## REVOCATION OF RELEASE MEMORANDUM AND ORDER


This matter came to be heard on July 15, 2011 before United States Magistrate Judge David L. Martin to determine whether the conditions of release imposed upon Defendant Erik Johansson had been violated, and if so, whether his release should be revoked and he be detained pending trial in this matter.

After considering the testimony and exhibits presented, the Court finds that:

1. Beginning on or about April 15, 2011, the Defendant has engaged in a continuing pattern of conduct which includes failing to follow the directions of the United States Probation Officer, failing to report to the United States Probation Officer, failing to return telephone calls of the United States Probation Officer, failing to abide by the 11:00 p.m. to 6:00 a.m. curfew release condition, and failing to abide by the Radio Frequency and Active Global Positioning Satellite location monitoring release condition.

2. The evidence that the Defendant violated the conditions of his release is uncontradicted, and more than satisfies the clear and convincing standard set forth in

18 U.S.C. § 3148(b)(1)(B).

3. The Court does not know what further conditions of release it could fashion.

4. Pursuant to 18 U.S.C. § 3148(b)(2)(B), the Defendant is unlikely to abide by any condition or combination of conditions of release.

WHEREFORE, the Court hereby ORDERS

The Defendant is DETAINED.


_____
DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE


_____
7 - 21 - 11
Date